JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RYNN & JANOWSKY, LLP, a California Limited Liability Partnership and assignee of SAMMY'S PRODUCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L.A. GARLIC & SPICE, INC., a California Corporation; MANDANA SHADFAR, individually<br><br>Defendants. | CASE NO. CV 09-02891 GAF (AGRx)<br><br>**ORDER REGARDING STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANTS** |

## **ORDER**

Having read the Stipulation filed herewith and good cause appearing therefor,

**IT IS HEREBY ORDERED** that said Stipulation be filed and that this lawsuit be dismissed in its entirety without prejudice subject to further notification by Plaintiff's counsel to reopen the case and enter judgment in the event Defendants default under the terms of the Stipulation.

08-188/               1

**IT IS HEREBY FURTHER ORDERED** that the U.S. District Court for the Central District of California shall retain exclusive personal and subject matter jurisdiction of this case for the purpose of entering and enforcing judgment against Defendants, or to otherwise interpret or enforce the terms of said Stipulation, or to enter any other order as deemed necessary or just by this Court

**SO ORDERED.**

DATED: September 9, 2009

HON. GARY A. FEESS,
U.S. DISTRICT COURT JUDGE

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953